## TELEVISA S.A. DE C.V., Plaintiff–Appellant,

v.

## DTVLA WC INC., Defendant–Appellee.

No. 02–56798.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 1, 2003.

Filed July 7, 2004.

Patricia L. Glaser, H. Seong Kim, Christensen, Miller, Fink, Jacobs, Glaser, Weil & Shapiro, LLP, Helen B. Kim, Fried, Frank, Harris, Shriver & Jacobson, Los Angeles, CA, Douglas H. Flaum, Brett D. Jaffe, Lisa H. Bebchick, Fried, Frank, Harris, Shriver & Jacobson, New York, NY, for Plaintiff–Appellant.

Robert D. Crockett, Robert K. Lu, Latham & Watkins, Los Angeles, CA, for Defendant–Appellee.

Before GOODWIN, BEEZER, Circuit Judges, and SCHWARZER, District Judge.*

## ORDER

After further consideration and review of the parties' supplemental briefs, we conclude that we lack jurisdiction over Televisa's appeal. *See Bushley v. Credit Suisse*

---

* The Honorable William W Schwarzer, Senior United States District Court Judge for the

*First Boston,* 360 F.3d 1149, 1153 (9th Cir.2004).

DISMISSED.